**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:26-cv-23270-LEIBOWITZ**

**NIDIA ARITA ANDRADE,**

*Plaintiff,*

*v.*

**MARCO RUBIO, SECRETARY OF STATE,**
***et al.*,**

*Defendants.*
_______________________________________/

**ORDER OF DISMISSAL**

**THIS CAUSE** is before the Court on Plaintiff's Notice of Voluntary Dismissal [ECF No. 5]. Being fully advised, it is hereby **ORDERED AND ADJUDGED** that this action is **DISMISSED *without prejudice.*** The ***Clerk of Court*** is *directed* to **CLOSE** this case. All pending deadlines are **TERMINATED**, and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in the Southern District of Florida on July 27, 2026.

DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record